IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELIZABETH RIVERA VAZQUEZ,

   **Plaintiff,**

       v.

TRANS UNION LLC, *et al.*,

   **Defendants.**

CIVIL NO. 22-1614(JAG)

## PARTIAL JUDGMENT

Pursuant to Plaintiff's and Co-Defendant Trans Union, LLC's Joint Motion for Voluntary Dismissal, Docket No. 25, Partial Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiff's claims as to Trans Union, LLC, without the imposition of attorney's fees or costs. The Court shall retain jurisdiction to enforce the terms of the settlement agreement.

   IT IS SO ORDERED.

   In San Juan, Puerto Rico this Thursday, November 16, 2023.

                                                      s/ Jay A. Garcia-Gregory
                                                      JAY A. GARCIA-GREGORY
                                                      U.S. DISTRICT JUDGE