IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELIZABETH RIVERA-VAZQUEZ,

   **Plaintiff,**

        v.

TRANSUNION, LLC, *et al.*,

   **Defendants.**

CIVIL NO. 22-1614(JAG)

## JUDGMENT

Pursuant to Plaintiff's Notice of Voluntary Dismissal, Docket No. 41, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiff's case. The case is now closed for statistical purposes.

   IT IS SO ORDERED.

In San Juan, Puerto Rico this Thursday, February 29, 2024.

                                      s/ Jay A. Garcia-Gregory
                                      JAY A. GARCIA-GREGORY
                                      U.S. DISTRICT JUDGE